MAGNUS STENDER, Respondent, *v.* G. S. BLODGETT Co., INC., Appellant.

Submitted January 4, 1955; decided January 13, 1955.

*William T. Gallagher* for appellant.
*David Gale* and *Alfred Sobol* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.